UNITED STATES of America v. 1851 CARTONS, MORE OR LESS, EACH CONTAINING 15 POUNDS OF FROZEN WHITING, LABELED IN PART "H & G FAMOUS BOOTH SEA FOODS WHITING FROSTED FISH", et al.

No. 2960.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1944.

Bart W. O'Hara, Asst. U. S. Atty., of Denver, Colo., for appellant.

Graham Susman and Hyman D. Landy, both of Denver, Colo., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges, and RICE, District Judge.

PER CURIAM.

Judgment, 55 F.Supp. 343, reversed and cause remanded with instructions to overrule motion to dismiss libel and proceed with trial.

UNITED STATES of America v. SINCLAIR REFINING COMPANY, a Corporation.

No. 3054.

Circuit Court of Appeals, Tenth Circuit.

Sept. 8, 1944.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Summers Hardy and Paul B. Mason, both of Tulsa, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant, appellee consenting thereto.

Thomas Merryl WOFFARD, Appellant, v. Dr. M. J. PESCOR, Warden, United States Medical Center, Springfield, Missouri.

No. 12932.

Circuit Court of Appeals, Eighth Circuit.

Aug. 14, 1944.

Thomas Merryl Woffard, pro se.

PER CURIAM.

Relief sought by "Appeal Motion" denied.